# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-50960
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 15, 2016

Lyle W. Cayce
Clerk

CAROL DAVIS,

Plaintiff - Appellant

v.

KILLEEN INDEPENDENT SCHOOL DISTRICT; TOM SCHATTE; AMY FOSTER,

Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 6:14-CV-336

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM:[*]

Carol Davis sued Defendants alleging various § 1983 and state claims. The district court concluded that Davis failed to present any genuine issue of material fact and granted Defendants' summary judgment. We agree that Davis offered no evidence to support her claims.

AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.